BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONA CRAWFORD, as Wrongful Death Heir, and as Successor-in-Interest to NICHOLAS JOSEPH VASSALE, Deceased, and STEPHAN VASSALE; CHRISTOPHER VASSALE; NICHOLAS VASSALE, JR., as Legal Heirs of NICHOLAS JOSEPH VASSALE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | No. 3:11-cv-00577-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROHR, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED.** All claims against Defendant ROHR, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Feb. 28, 2014          By: _____
                                   Charles R. Breyer
                                   United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROHR, INC.