UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONA CRAWFORD, as Wrongful Death Heir, and as Successor-in-Interest to NICHOLAS JOSEPH VASSALE, Deceased, and STEPHAN VASSALE; CHRISTOPHER VASSALE; NICHOLAS VASSALE, JR., as Legal Heirs of NICHOLAS JOSEPH VASSALE, Deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>            Defendants. | No. 3:11-cv-00577-JSC<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HONEYWELL INTERNATIONAL, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 8, 2014          By: *Jacqueline S. Corley*
                                    Jacqueline Scott Corley
                                    United States District Judge

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555